AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>JHOAN JAVIER SANCHEZ MELGARES<br><br>Defendant(s) | Case No. 8:25MJ106 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 22, 2025** in the county of **Douglas** in the
_____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Carl Wisehart, DO, ICE-ERO
Printed name and title

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 2/26/2025

_____
Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JHOAN JAVIER SANCHEZ MELGARES,<br><br>　　　　Defendant. | 8:25MJ106 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### FOR THE ARREST OF JHOAN JAVIER SANCHEZ MELGARES

I, Carl L Wisehart, being first duly sworn, hereby states that:

### INTRODUCTION AND AGENT BACKGROUND

1.　　Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.　　Your Affiant was previously an Immigration Enforcement Agent within ICE and was promoted to Deportation Officer in 2011. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.　　Deportation Officers are empowered to interrogate and arrest, with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the INA, Title 8, United States Code, Section 1357. This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. Jhoan Javier Sanchez Melgares (hereinafter "defendant") came to ICE officers' attention on February 21, 2025, while at the Douglas County Jail in Omaha, Nebraska. Local law enforcement officers arrested defendant in Douglas County, Nebraska, for driving under suspension and no operator's license. Your Affiant learned defendant is also the subject of an investigation related to drug trafficking. ICE officers reviewed defendant's immigration records and learned defendant was previously removed from the United States. ICE officers placed an ICE detainer on defendant, and on February 22, 2025, Douglas County released defendant to ICE custody pursuant to the ICE detainer. ICE officers transported defendant to the Omaha, Nebraska immigration office for processing.

5. ICE officers scanned and submitted defendant's fingerprints into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions of persons previously arrested by DHS or other law enforcement agencies, which the IAFIS database maintains. This comparison revealed DHS previously arrested the defendant.

6. Based on the fingerprint match, your Affiant located defendant's unique alien registration file number, A208 298 673.

7. Defendant's alien registration file contains photographs, fingerprints, and immigration documents identifying defendant as a citizen and national of Mexico. Defendant's alien registration file documents an Immigration Judge issued a final removal order on December 12, 2018, and defendant was physically removed from the United States to Mexico on December 27, 2018. Defendant reentered the United States at an unknown time and location after being physically removed in 2018.

8. Your Affiant and ICE officers searched DHS databases and located no record that defendant applied for lawful entry or lawful admission into the United States.

9. Based on your Affiant's investigation, there is probable cause to believe defendant was found in the United States after having been previously removed without the Attorney General of the United States ors her designated successor, the Secretary of the Department of Homeland Security, having expressly consented to defendant's reapplication for admission into the United States, in violation of Title 8 United States Code, Section 1326(a).

Your Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this __26th__ day of February, 2025.

_____
MICHAEL D. NELSON
United States Magistrate Judge
District of Nebraska